UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN DAY,

    Plaintiff,

    v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 4:14-cv-04919-KAW

**ORDER DISCHARGING 11/18/16 ORDER TO SHOW CAUSE; ORDER VACATING 12/15/16 HEARING**

Re: Dkt. No. 24

On October 13, 2015, the Court granted Plaintiff Martin Day's motion for summary judgment and remanded the case for an immediate award of benefits. On October 14, 2016, Plaintiff wrote a letter to undersigned to inform the Court that he had not received any benefits from the Social Security Administration.

On November 18, 2016, the undersigned issued an order to show to the Commissioner to explain why Mr. Day's benefits were not being paid pursuant to the October 13, 2015 order. (Dkt. No. 24.) On December 5, 2016, the Commissioner filed a response to the order to show cause, which provided that the delay in payment was an error, and that Plaintiff's back benefits have since been awarded and that he is now in pay status. (Dkt. No. 25.)

Since Plaintiff is now receiving benefits, the order to show cause is DISCHARGED and the December 15, 2016 hearing is VACATED.

Plaintiff's counsel shall furnish Plaintiff with a copy of this order.

IT IS SO ORDERED.

Dated: December 5, 2016

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge